Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WAYNE R. ANDERSEN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6295 | DATE | November 26, 2007 |
| CASE TITLE | John Christensen v. Roger Walker Jr., et al. | | |

**DOCKET ENTRY TEXT:**

Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|