# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN CHRISTENSEN | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | No. 07 C 6295 |
| | ) | |
| ROGER WALKER JR., | ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, | ) | |
| ILLINOIS PRISON REVIEW BOARD | ) | |
| Defendants | ) | |

## NOTICE OF DISMISSAL
## OF THE HABEAS CORPUS COMPLAINT

NOW COMES the plaintiff, John Christensen, by and through his attorney, Bart E. Beals, pursuant to Rule 41(a) of the Federal Rules of Civil procedure and moves to dismiss the instant complaint, in support thereof states as follows:

1. Mr. Christensen was released from the Safe Haven facility several weeks ago.

2. Although, Mr. Christensen is still enrolled in TASC, he is currently being allowed to give urine specimen in a manner that takes into account his psychological condition.

3. It is for this reason that the plaintiff voluntarily dismisses this complaint.

WHEREFORE, the plaintiff prays that this Court dismisses this complaint without prejudice.

Bart E. Beals

Atty. No.: 40123
Name: Bart E. Beals
Attorney for: John Christensen
Address: 150 N. Michigan Ave., Suite 2800
City/Zip: Chicago, Illinois 60601
Telephone: (312) 863-8663